ACCEPTED
03-14-00740-CR
5242606
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 9:43:58 AM
JEFFREY D. KYLE
CLERK

No.  03-14-00740-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD  JUDICIAL DISTRICT** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **ARMANDO OCHOA** | § | **AT AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 9:43:58 AM
JEFFREY D. KYLE
Clerk

## COUNSEL'S MOTION TO WITHDRAW FROM APPELLATE REPRESENTATION UNDER *ANDERS v. CALIFORNIA*

TO THE HONORABLE JUDGES OF THE THIRD DISTRICT COURT OF APPEALS OF TEXAS:

COMES NOW, Alexander L. Calhoun, counsel for Appellant, ARMANDO OCHOA, and seeks this Court's permission to withdraw from representation on the ground that there are no non-frivolous grounds for review in Appellant's appeal, and would show as follows:

1.     Counsel has been appointed to represent Appellant, Mr.  Armando Ochoa on appeal form his conviction in the 299th District Court of Travis County Texas, in  Cause No. D-1-DC-14-202835, for felony Assault - Family Violence.  He has received a sentence of 14  years incarceration.

2.     Counsel has thoroughly reviewed the appellate record from Appellant's trial and believes there to be no non-frivolous grounds for relief in this case.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel has prepared a brief setting forth any possible ground for review and why counsel believes said points to be

1

frivolous.

3.     Counsel would respectfully request this Court to review the submitted *Anders* Brief and upon conclusion, if this Court concurs with counsel's reasoning, permit counsel to withdraw from representation, pursuant to *Anders v. California*, *supra*. Should this Court conclude that counsel is in error, and that there are non-frivolous grounds within the appellate record, then counsel would seek to withdraw this motion and prepare a merits brief to this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Honorable Court, upon review of the accompanying *Anders* brief, if the Court agrees that there are no non-frivolous grounds for relief, to permit appellate counsel to withdraw. Alternatively, if this Court concludes that there are potentially meritorious issues, then Counsel would seek to withdraw this motion.

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150 # 260
Austin, Texas 78749
Tele: 512/ 420 - 8850
Fax: 512/ 233- 5946
Cell: 512/ 731 - 3159
email: alcalhoun@earthlink.net

By: _/s/____Alexander L. Calhoun_____
        Alexander L. Calhoun
        State Bar No.: 00787187

Counsel for Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that due to the nature of this brief, I have not sought to confer with opposing counsel and do not anticipate opposition to this motion.

/s/ Alexander L. Calhoun
ALEXANDER L. CALHOUN

## CERTIFICATE OF SERVICE

I herein certify that on May 12, 2015 a true and correct copy of the above document has been served upon the Travis County District Attorney's Office, P.O. Box 1748, Austin, TX 78767 and that a copy has been served upon Appellant, Armando Ochoa, TDCJ # 01965598, TDCJ - CID Lyncher Unit, 2350 Atascocita Rd., Humble, TX 77396 with an explanation of his right to contest the brief and this motion.

/s/ Alexander L. Calhoun
ALEXANDER L. CALHOUN